IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JEREMY AND CHELSEY ELLISON, § | |
| PLAINTIFFS, § | |
| § | |
| V. § | CAUSE NO. 16-CV-787-LY |
| § | |
| CENTRAL MUTUAL INSURANCE § | |
| COMPANY AND AARON CAMP, § | |
| DEFENDANTS. § | |

## FINAL JUDGMENT

Before the court is the above entitled cause. On July 25, 2016, the court dismissed Plaintiffs' claims against Defendant Aaron Camp (Doc. #9). On September 1, 2016, the remaining parties filed a Joint Motion to Dismiss with Prejudice (Doc. #1), which the court granted by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this _2nd_ day of September, 2016.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE